**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01785-REB

HISPANIC AFFAIRS PROJECT,
RODOLFO LLACUA, and
JOHN DOE,

    Plaintiffs,

v.

THOMAS E. PEREZ, in his official capacity as United States Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR, and
PORTIA WU, in her official capacity as Assistant Secretary, Employment and Training
Administration, United States Department of Labor,

    Defendants.

**ORDER DENYING EX PARTE MOTION FOR A TEMPORARY
RESTRAINING ORDER AND SCHEDULING BRIEFING
ON MOTION FOR PRELIMINARY INJUNCTION**

**Blackburn, J.**

The matter before me is plaintiffs' **Ex Parte Motion for a Temporary Restraining Order and/or Motion for Preliminary Injunction** [#1],[1] filed August 18, 2015. I deny the motion insofar as it seeks a temporary restraining order.[2] On review of the pleadings, nothing therein demonstrates the necessary imminent, irreparable injury required to justify such extraordinary relief. ***See Heideman v. S. Salt Lake City***, 348 F.3d 1182, 1189 (10th Cir. 2003).

---

[1] "[#1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Moreover, plaintiffs' request for *ex parte* issuance of such an order is moot, given that summons have been served on defendants ([#6], filed August 19, 2015).

As for the motion for preliminary injunction, a scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing, if any, necessary to resolve this motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the motion for an *ex parte* temporary restraining order contained in plaintiffs' **Ex Parte Motion for a Temporary Restraining Order and/or Motion for Preliminary Injunction** [#1], filed August 18, 2015, is denied;

2. That defendants shall file a response to the motion for preliminary injunction by **September 16, 2015**;

3. That plaintiffs shall file a reply, if any, by **September 23, 2015**;

4. That the court shall conduct a telephonic motion setting hearing on **September 24, 2015**, at **10:30 a.m.** (MDT) to set this matter for hearing, if necessary; provided, further, that counsel for plaintiffs shall arrange, initiate, and coordinate the conference call to necessary to facilitate the setting conference.

Dated August 19, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge