**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 15-cv-01785-REB

HISPANIC AFFAIRS PROJECT, ET AL.,

    Plaintiffs,

v.

THOMAS E. PEREZ, ET AL.,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Unopposed Motion by Plaintiff John Doe To Proceed Under a Pseudonym** [#9],[1] filed August 27, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion by Plaintiff John Doe To Proceed Under a Pseudonym** [#9], filed August 27, 2015, is granted; and

2. That plaintiff is authorized to proceed in this case under the pseudonym, "John Doe."

Dated August 28, 2015, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.