# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HISPANIC AFFAIRS PROJECT**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **THOMAS E. PEREZ**, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> **WESTERN RANGE ASSOCIATION AND** ) <br> **MOUNTAIN PLAINS AGRICULTURAL** ) <br> **SERVICE**, ) <br> ) <br> Proposed Intervenor-Defendants. ) <br> ) | CIVIL NO. 15-1562-BAH |

## INTERVENORS' PROPOSED ANSWER TO THE
## SECOND AMENDED COMPLAINT BY COMMON TRAVERSE

COME NOW Intervenor-Defendants, Mountain Plains Agricultural Services and Western Range Association (collectively, "Intervenors"), by and through counsel, and answer Plaintiffs' Second Amended Complaint, ECF 58, by way of common traverse and general denial under Federal Rule of Civil Procedure 8(b)(3). The Court's Order on Defendants' and Intervenor-Defendants' Motions to Dismiss the Second Amended Complaint, ECF 82, granted such motions in part and denied them in part, leaving only Counts V, VI, and VII in this action. Those Counts all challenge the validity of the 2015 herder rule issued by Defendant Department of Labor, *Temporary Agricultural Employment of H-2A Foreign Workers in the Herding or Production of*

*Livestock on the Range in the United States* ("2015 Rule"), 80 Fed. Reg. 62958 (Oct. 16, 2015). Counts V, VI and VII challenge the 2015 under 5 U.S.C. § 706(2)(A), (C), and (D), respectively.

The only remaining causes of action in Plaintiffs' Second Amended Complaint assert an APA challenge, which raises only arguments about the legal conclusions to be drawn from the agency's action. *See, e.g., Rempfer v. Sharfstein*, 583 F.3d 860, 865 (D.C. Cir. 2009). Plaintiffs' Second Amended Complaint offers characterizations of the Immigration and Nationality Act (INA), as amended, and pure legal conclusions regarding the Department of Labor and Department of Homeland Security's compliance with or failure to comply with that statute in implementing regulations and administering this particular portion of the H-2A temporary agricultural nonimmigrant employment program. Intervenor-Defendants offer a general denial to all remaining allegations in the Second Amended Complaint. To the extent that Plaintiffs' Second Amended Complaint rests on facts or characterization of facts, the administrative record in this case set forth all of the relevant facts in the case, and Intervenor-Defendants offer a general denial as to any other facts or characterizations of facts in the Second Amended Complaint.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiffs' Second Amended Complaint, and as separate affirmative defenses, Intervenor-Defendants state as follows:

1. The Complaint and each remaining cause of action therein fails to state a claim upon which relief may be granted.

2. Relief should be denied as an exercise of judicial discretion to withhold relief.

3. Plaintiffs have suffered no injury or otherwise lack standing to bring these claims.

4. No injury Plaintiffs may have suffered is redressable.

5. Intervenor-Defendants hereby put Plaintiffs on notice that Intervenor-Defendants raise the following affirmative defenses, as set forth in Federal Rule of Civil Procedure 8, should Intervenor-Defendants become aware of facts that support those defenses, including but not limited to: estoppel, res judicata, waiver, and fraud.

6. Intervenor-Defendants reserve the right to amend this answer as necessary.

## PRAYER FOR RELIEF

WHEREFORE, Intervenor-Defendants having fully answered Plaintiffs' Second Amended Complaint, respectfully pray for judgment denying each and every prayer for relief, dismissing the action, granting Intervenor-Defendants their costs, and granting such other and further relief as this Court deems just and proper.

DATED:   March 10, 2017                                CHRISTOPHER J. SCHULTE

                                                       CJ LAKE, LLC

                                                       By: s/ Christopher J. Schulte
                                                       CHRISTOPHER J. SCHULTE
                                                       CJ LAKE, LLC
                                                       525 Ninth Street, N.W. Suite 800
                                                       Washington, DC 20004
                                                       (202) 465-3000
                                                       cschulte@cj-lake.com

                                                       Attorney for Intervenor-Defendants
                                                       Mountain Plains Agricultural Service
                                                       Western Range Association