**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 15-cv-1785-RM-MJW

HISPANIC AFFAIRS PROJECT, ET AL.,
         Plaintiffs,

v.

THOMAS PEREZ, ET AL.,
         Defendants.

---

**JOINT STATUS REPORT AND MOTION TO STRIKE MISTAKENLY DOCKETED
DOCUMENTS AND TO STAY**

---

Plaintiffs John Doe, Alfredo Salcedo, and Rafael De La Cruz and Association Defendants[1]

("the Parties") submit this joint pleading to clarify a number of matters related to the transfer of

this case from Chief Judge Beryl Howell of the United States District Court for the District of

Columbia. As this Court has recognized, Judge Howell granted Association Defendants' motion

to sever and transfer Counts 8 and 9 of the Plaintiffs' Second Amended Complaint to the District

of Colorado. *See Hispanic Affairs Project v. Perez*, 206 F. Supp. 3d 348, 373-78 (D.D.C. 2016),

*revised in part on reconsideration*, 2016 WL 6902110 (D.D.C. Nov. 23, 2016). The Parties agree

that only Counts 8 and 9 are before this Court. Those counts also only involve a limited number

of the litigants in the action pending before Judge Howell: only Plaintiffs John Doe, Alfredo

Salcedo, and Rafael De La Cruz and Defendants Western Range Association and Mountain Plains

Agricultural Service are parties to Claims 8 and 9. *See* ECF Doc. 23 at ¶¶ 117-26.

---

[1] An attorney has not yet appeared in this case for Defendant Western Range Association, *i.e.*, for
the claims that were severed and transferred from the District of Columbia to Colorado. Prior to
this filing, Plaintiffs' counsel conferred with Western Range Association's general counsel and
she approved this filing and indicated that Western Range Association is still in the process of
retaining counsel for this Colorado litigation. She also signs this filing.

Further, in the action continuing in the District of Columbia, all the parties are separately briefing the remaining counts over which Chief Judge Howell retains jurisdiction, but it appears that a number of those pleadings have been erroneously docketed in this case. *See* ECF Docs. 24-28.

The Parties believe that the pending litigation before Judge Howell or in an appeal at the Tenth Court, *see Llacua v. WRA*, No. 17-1113 (10th Cir. Docketed March 29, 2017), could have significant bearing on how claims 8 and 9 are litigated. The Parties disagree about precisely how either the Tenth Circuit appeal or the D.C. action will affect the pending claims but are in agreement that it makes sense to litigate those issues after a decision from one of these other courts, which the Parties expect within a year. The Parties accordingly believe that in the interest of conserving judicial resources and those of the Parties, it is appropriate to stay this action at the present time with the understanding that a decision from one of those courts either party will move to reopen this case.

The Parties therefore jointly propose the following:

1. They jointly move to stay this case pending rulings from either the Tenth Circuit or Chief Judge Howell.

2. They advise the Court that the Government Defendants (namely, the Departments of Labor and Homeland Security and related officials) have been incorrectly captioned as parties to this action. And the Government Attorneys—namely, Erez Reuveni and Heather Sokolower—have been incorrectly listed as counsel of record in this action.

3. They advise the Court that the Hispanic Affairs Project has been incorrectly captioned as a party to this action.

4. They advise the Court that the pleadings related to the claims still before Chief Judge

   Howell, *see* ECF Doc. 23 at ¶¶ 117-26, have been incorrectly docketed in this case and

   should be stricken or in any case not considered by this Court.

                    Respectfully Submitted,

                    s/Alexander Hood
                    Alexander Hood
                    Nina DiSalvo
                    TOWARDS JUSTICE
                    1535 High St., Suite 300
                    Denver, CO 80218
                    720-239-2606
                    303-957-2289 (fax)
                    alex@towardsjustice.org

                    *Attorneys for Plaintiffs*

                    s/J. Larry Stine
                    J. Larry Stine
                    Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
                    3400 Peachtree Rd. N.W.
                    Suite 400, Lenox Towers
                    Atlanta, GA 30326
                    404.365.5606
                    404.926.2124 (fax)

                    *Attorney for Defendant Mountain Plains*

                    s/Ellen Jean Winograd
                    Ellen Jean Winograd, Attorney at Law
                    Woodburn and Wedge
                    6100 Neil Road  Suite 500
                    Reno, NV 89511
                    775.688.3000
                    ewinograd@woodburnandwedge.com

                    *Attorney for Defendant Western Range*

**Certificate of Service**

I hereby certify that on May 8, 2017, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

s/Alexander Hood
Attorney for the Plaintiffs