# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-01785-RM-MJW

HISPANIC AFFAIRS PROJECT, *et al.*,

    Plaintiff,

v.

PEREZ, *et al.*,

    Defendants.

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rafael De La Cruz hereby dismisses his claims in this action without prejudice.

    Respectfully Submitted,

    s/Alexander Hood
    Alexander Hood
    Towards Justice
    1535 High Street, Suite 300
    Denver, CO 80218
    Tel.: 720-239-2606
    Fax: 303-957-2289
    Email: alex@towardsjustice.org

**Certificate of Service**

    I hereby certify that on 7/24/2017, I filed the above using the Court's CM/ECF filing system causing all parties of record to be served pursuant to Fed. R. Civ. P. 5.

                                          <u>s/Alexander Hood</u>
                                          Alexander Hood