**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:15-cv-01785-RM-MJW

HISPANIC AFFAIRS PROJECT *ET AL.,*

      Plaintiffs,

v.

THOMAS PEREZ *ET AL.,*

      Defendants.

---

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' ATTORNEY ALEXANDER HOOD**

---

**TO THE COURT AND ALL PARTIES:**

      The address for Plaintiffs' attorney Alexander Hood is now as follows:

      1410 High St.
      Suite 300
      Denver, CO 80218.

DATED May 15, 2018                Respectfully Submitted,

                                   *s/*Alexander Hood
                                   Alexander Hood
                                   Towards Justice
                                   1410 High St., Suite 300
                                   Denver, CO 80218
                                   Ph: 720-239-2606
                                   Email: alex@towardsjustice.org

**Certificate of Service**

I hereby certify that on May 15, 2018, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

s/Deborah Schaffer
Deborah Schaffer